| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

ROBERT DUVALL, §
　　　　　　§
　　　Plaintiff, §
　　　　　　§
versus §　CIVIL ACTION NO. 1:22-CV-72
　　　　　　§
TDCJ-CID, §
　　　　　　§
　　　Defendant. §

## FINAL JUDGMENT

This action came on before the Court, Honorable Marcia A. Crone, District Judge, presiding, and, the issues having been considered and a decision having been rendered, it is

**ORDERED** and **ADJUDGED** that this civil rights action is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a). All motions not previously ruled on are **DENIED**.

SIGNED at Beaumont, Texas, this 7th day of June, 2022.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE